# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 71293-4-I |
| Respondent, | ) | |
| v. | ) | |
| ARLIN BRUNSON, | ) | UNPUBLISHED OPINION |
| Appellant. | ) | FILED:  OCT 1 3 2014 |

2014 OCT 13 AM 9:20 COURT OF APPEALS DIV I STATE OF WASHINGTON

PER CURIAM – Arlin Brunson appeals his conviction for third degree assault of a police officer.  He argues that the court failed to enter findings required under CrR 3.5 and that this court must remand for their entry.  The trial court has belatedly entered the findings and conclusions, however, and Brunson has not alleged any prejudice from their delayed entry.  A remand is therefore unnecessary.  State v. Gaddy, 114 Wn. App. 702, 705, 60 P.3d 116 (2002), aff'd, 152 Wn.2d 64, 93 P.3d 872 (2004).

Affirmed.

FOR THE COURT: